```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 09122
    SHANNON RANDOLPH
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6118


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/14/2005 and was confirmed 05/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
HSBC AUTOMOTIVE FINANCE    SECURED           11850.00         1590.45         2935.35
HSBC AUTOMOTIVE FINANCE    UNSECURED          8419.28             .00             .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00             .00
ASPIRE                     UNSECURED           149.49             .00             .00
CITY OF CHICAGO PARKING    UNSECURED           260.00             .00             .00
ILLINOIS COLLECTION SERV   UNSECURED         NOT FILED            .00             .00
KEYNOTE CONSULTING         UNSECURED         NOT FILED            .00             .00
MEDICAL BUSINESS BUREAU    UNSECURED         NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,599.20                        2,599.20
TOM VAUGHN                 TRUSTEE                                              375.00
DEBTOR REFUND              REFUND                                                  .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     7,500.00

PRIORITY                                                 .00
SECURED                                             2,935.35
    INTEREST                                        1,590.45
UNSECURED                                                .00
ADMINISTRATIVE                                      2,599.20
TRUSTEE COMPENSATION                                  375.00
DEBTOR REFUND                                            .00
                          ---------------      ---------------
TOTALS                      7,500.00                7,500.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 09122 SHANNON RANDOLPH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```